LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ADAM LOPEZ, ) | No: 5:22-cv-01557-SP |
| ) | |
| Plaintiff, ) | |
| ) | <u>ORDER AWARDING EAJA FEES</u> |
| v. ) | |
| ) | |
| KILOLO KIJAKAZI, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of SIX THOUSAND SIX HUNDRED THIRTY- FIVE DOLLARS AND 42/100 ($6,635.42). and zero costs ($0.00), subject to the terms of the stipulation.

DATE:  October 26, 2023          /s/  Sheri Pym
                                     HON. SHERI PYM
                                     UNITED STATES MAGISTRATE JUDGE